UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

CHARLES JOHNSON JR.,

        Petitioner,        Case No. 2:10-cv-14354

v.        Honorable R. Allan Edgar

STEVEN RIVARD,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:    4/5/2011        */s/ R. Allan Edgar*
                                                          R. Allan Edgar
                                                          United States District Judge