UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

CHARLES JOHNSON JR.,

        Petitioner,         Case No. 2:10-cv-14354

v.        Honorable R. Allan Edgar

STEVEN RIVARD,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:    4/5/2011        */s/ R. Allan Edgar*
                                                  R. Allan Edgar
                                                  United States District Judge